UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

L.V. NAGLE & ASSOCIATES, INC.,

    Plaintiff,

v.                                          Case No. 04-70322

TRITON TUBULAR COMPONENTS       Honorable Patrick J. Duggan
CORP.,

    Defendant.
_____/

**OPINION AND ORDER DENYING AS MOOT DEFENDANT'S MOTION TO EXTEND THE STAY OF THIS ACTION IN ACCORDANCE WITH THE APRIL 25, 2005 ORDER OF THE SUPERIOR COURT OF THE JUSTICE FOR ONTARIO, CANADA**

At a session of said Court, held in the U.S.
District Courthouse, Eastern District of
Michigan, on MAY 20, 2005.

PRESENT:   THE HONORABLE PATRICK J. DUGGAN
                    U.S. DISTRICT COURT JUDGE

Plaintiff L.V. Nagle & Associates, Inc. ("Nagle") filed this lawsuit against Defendant Triton Tubular Components Corporation ("Triton") on January 29, 2004, seeking commissions Triton allegedly owes Nagle as a result of Triton's sale of automotive parts to Lear Corporation. On February 5, 2005, this Court issued a stay of the proceedings pursuant to a December 23, 2004 Order of the Superior Court of Justice for Ontario, Canada (the "Canadian Court"). On March 29, 2005, this Court extended its

1

stay pursuant to a second order issued by the Canadian Court on March 1, 2005.  In this Court's March 29 Order, the Court provided: "**IT IS FURTHER ORDERED**, that this action is **STAYED PENDING FURTHER ORDER OF THE COURT**."  *See* 3/29/05 Order at 3.  As the Court did not set a specific date for the stay to expire, but instead indicated that the stay would remain in effect until further order of the Court, there is no reason to extend the stay of this action as now requested by Defendant.

Accordingly,

**IT IS ORDERED**, that Defendant's motion to extend the stay is **DENIED AS MOOT**;

**IT IS FURTHER ORDERED**, that pursuant to this Court's March 29, 2005 Order, this action is **STAYED PENDING FURTHER ORDER OF THE COURT**.

s/Patrick J. Duggan  
Patrick J. Duggan  
United States District Judge

Dated:  May 20, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 20, 2005, by electronic and/or ordinary mail.

s/Marilyn Orem  
Case Manager

2